747 A.2d 195

**Dennis Edward DESHONG**

v.

**STATE of Maryland.**

**No. 94, Sept. Term, 1999.**

Court of Appeals of Maryland.

March 6, 2000.

Before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 6th day of March, 2000,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.